1
2
3
4

**THE HONORABLE MARC BARRECA**

5

**UNITED STATE BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

6
7

| IN RE: | NO. 14-10421 |
|---|---|
| **CASEY R. INGELS,** Debtor | |
| **JOHN S. PETERSON, AS BANKRUPTCY TRUSTEE,** Plaintiff, v. **CASEY R. INGELS,** Defendants. | Adv. No. **COMPLAINT FOR ORDER DENYING DISCHARGE** |

8
9
10
11
12
13
14

JOHN S. PETERSON, as Trustee, for his complaint against the above-named defendant,

15
16

alleges as follows:

17

**JURISDICTION/VENUE**

18

1. This Court has jurisdiction over the matter(s) described herein as core proceeding(s)

19

under 28 U.S.C. Section(s) 157(b)(2)(A) and (J), and under 28 USC Section 1334.

20
21

2. Venue for the action(s) set forth herein rest with the above-named Court under 28

22

U.S.C. Section 1409(a), as action(s) related to the above-captioned bankruptcy case.

23

PARTIES:

24

3. The Plaintiff herein, JOHN S. PETERSON AS TRUSTEE ("plaintiff"), is the duly

25
26
27
28

**JOHN S. PETERSON**
ATTORNEY AT LAW
P.O. Box 829
Kingston, WA 98346
(360)626-4392

1  appointed, qualified and acting trustee in the above-captioned Chapter 7 bankruptcy case.

2      4. Defendans CASEY RAY INGELS is the debtor in the above-captioned case.  The

3  last known address of debtor-defendants provided by the defendants to the court is PO Box

4  2242, Tacoma, WA  98401.

5                          **SPECIFIC ALLEGATIONS:**

6      5. The above-captioned bankruptcy case was commenced on January 23, 2014, when

7  the debtor filed his voluntary Chapter 7 petition with the above-named Bankruptcy Court.

8      6. With the Chapter 7 petition, the debtor filed schedules of his assets and liabilities

9
10  and a statement of financial affairs.

11     7. An examination of the debtor pursuant to 11 USC 341 was conducted March 11,

12  2014.

13     8. During the examination, the debtor knowingly and fraudulently gave a false oath or

14  account.  Without limitation, the debtor/defendant made material mis-statements in the

15  examination about the funding of the MJ Ray Ingels Family Irrevocable Trust, property at 9830

16  Dekoven Dr. SW, Lakewood, Washington, transfers of the property to and from the trust and to

17
18  MJB Consulting, LLC, and his knowledge of MJB Consulting, LLC.

19     9. The trustee reserves the right to amend this complaint in any respect as further

20  information about the subject matter hereof may be obtained.

21     Wherefore, plaintiff prays for an order of this Court, finding, determining and ordering

22  as follows:

23
24     (a)  entry of an order denying the debtor-defendants discharge in the bankruptcy case,

25

26                                      **JOHN S. PETERSON**
                                        ATTORNEY AT LAW
27                                          P.O. Box 829
                                        Kingston, WA 98346
                                          (360)626-4392
28

1  pursuant to 11 U.S.C. 727(a)(4)(A) and

2      (b) such other and further relief as the Court deems just and proper.

3      Dated this 29th day of September, 2014.

4                                                    /s/ JOHN S. PETERSON
                                                     JOHN S. PETERSON
5                                                    Trustee
                                                     WSBA # 13985
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Complaint
    Page 3

26                                              **JOHN S. PETERSON**
                                                ATTORNEY AT LAW
27                                                  P.O. Box 829
                                                 Kingston, WA 98346
                                                   (360)626-4392
28

Case 14-01387-CMA    Doc 1    Filed 09/29/14    Ent. 09/29/14 16:35:47    Pg. 3 of 3