MARC BARRECA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE: | NO. 14-10421 |
|---|---|
| CASEY R. INGELS<br>    Debtor. | |
| JOHN S. PETERSON, as Trustee,<br>    Plaintiff,<br>v.<br>CASEY R. INGELS,<br>    Defendants | ADV. NO. 14-01387<br><br>DECLARATION OF MAILING |

I, hereby certify that on October 8, 2014 I placed in the U.S. Mail, postage prepaid, copies of the documents:

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN
AN ADVERSARY PROCEEDING**
and
**COMPLAINT FOR ORDER DENYING DISCHARGE**

addressed to:

Casey Ingels
PO Box 2242
Tacoma, WA   98401

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

                                          /s/ JOHN S. PETERSON
                                          JOHN S. PETERSON

Signed on October 8, 2014, at Kingston, Washington.

                                          **JOHN S. PETERSON**
                                          ATTORNEY AT LAW
                                          P.O. Box 829
                                          Kingston, WA 98346
                                          (360) 626-4392