Honorable Marc L. Barreca
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br>　　　　　Debtor.<br>_____<br>JOHN S. PETERSON, as Bankruptcy Trustee,<br>　　　　　Plaintiff,<br>vs.<br>CASEY R. INGELS,<br>　　　　　Defendant. | Case No. 14-10421-MLB<br><br><br><br><br>Adversary No. 14-01387-MLB<br><br><br><br>DEFENDANT'S ANSWER TO COMPLAINT FOR ORDER DENYING DISCHARGE |

Casey R. Ingels, Defendant, by and through counsel, J. Todd Tracy, Jamie J. McFarlane and The Tracy Law Group PLLC, answers the complaint as follows:

**JURISDICTION/VENUE**

1. Defendant admits paragraph 1 of Plaintiff's Complaint.

2. Defendant admits paragraph 2 of Plaintiff's Complaint.

3. Defendant admits paragraph 3 of Plaintiff's Complaint.

4. Defendant admits paragraph 4 of Plaintiff's Complaint.

DEFENDANT'S ANSWER TO COMPLAINT FOR
ORDER DENYING DISCHARGE - 1

**THE TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

## SPECIFIC ALLEGATIONS

5. Defendant admits paragraph 5 of Plaintiff's Complaint.

6. Defendant admits paragraph 6 of Plaintiff's Complaint.

7. Defendant admits paragraph 7 of Plaintiff's Complaint.

8. Defendant denies paragraph 8 of Plaintiff's Complaint. Defendant did not make a false oath.

9. Paragraph 9 of the Complaint does not make a factual allegation against the Defendant. Defendant does admit or deny Paragraph 9 of the Complaint.

## AFFIRMATIVE DEFENSES

By way of further answer to Plaintiff's Complaint, Defendant states the following affirmative defenses:

1. Failure to state a claim upon which relief can be granted;

2. Defendant reserves and asserts the defenses of waiver, estoppel, laches, contributory fault, unclean hands, and reserves the right to assert any additional defenses and counterclaims as additional facts are discovered, without waiving defenses of lack of subject matter jurisdiction, improper venue, lack of personal jurisdiction or any other valid defenses.

## PRAYER FOR RELIEF

WHEREFORE, the Defendant, having fully answered the Plaintiff's Complaint, prays for relief as follows:

1. For an order dismissing Plaintiff's Complaint with prejudice;

DEFENDANT'S ANSWER TO COMPLAINT FOR
ORDER DENYING DISCHARGE - 2

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 4    Filed 10/09/14    Ent. 10/09/14 11:18:00    Pg. 2 of 4

2. For an order awarding Defendant's attorneys' fees and costs;

3. For permission to amend pleadings to conform to the pleadings and evidence; and

4. For such further relief as deemed just and equitable.

RESPECTFULLY SUBMITTED this 9th day of October 2014.

THE TRACY LAW GROUP PLLC

By  /s/ Jamie McFarlane
J. Todd Tracy, WSBA #17342
Jamie J. McFarlane, WSBA #41320
Attorneys for Defendant Casey R. Ingels

DEFENDANT'S ANSWER TO COMPLAINT FOR
ORDER DENYING DISCHARGE - 3

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 4    Filed 10/09/14    Ent. 10/09/14 11:18:00    Pg. 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, I caused a copy of the foregoing to be served via CM/ECF on the following parties:

kingstontrustee@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 9th day of October 2014, at Seattle, Washington.

                                        /s/ *Nancy Hunter*
                                        Nancy Hunter

DEFENDANT'S ANSWER TO COMPLAINT FOR
ORDER DENYING DISCHARGE - 4

THE **TRACY LAW GROUP**<sub>PLLC</sub>
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 4    Filed 10/09/14    Ent. 10/09/14 11:18:00    Pg. 4 of 4