Honorable Marc L. Barreca
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br>               Debtor.<br><br>JOHN S. PETERSON, as Bankruptcy Trustee,<br>               Plaintiff,<br><br>vs.<br><br>CASEY R. INGELS,<br>               Defendant. | Case No. 14-10421-MLB<br><br><br><br>Adversary No. 14-01387-MLB<br><br><br>NOTICE REGARDING FINAL<br>ADJUDICATION AND CONSENT |

Casey R. Ingels, Defendant, by and through counsel, J. Todd Tracy, Jamie J. McFarlane and The Tracy Law Group PLLC, files this Notice Regarding Final Adjudication and Consent pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") 7008(a) and 7012(b), and Local Bankruptcy Rule 7012-1(a), and asserts as follows:

Plaintiff's Complaint requests that this Court enter a judgment denying Debtor a discharge of all of his debts pursuant to 11 U.S.C. § 727(a)(4). Objection to discharge is a core proceeding. *28 U.S.C. § 157(b)(2)(J).* Accordingly, this court has

DEFENDANT'S NOTICE REGARDING FINAL
ADJUDICATION AND CONSENT - 1

THE **TRACY LAW GROUP**<sub>PLLC</sub>
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 8    Filed 12/12/14    Ent. 12/12/14 14:54:21    Pg. 1 of 2

the statutory authority to enter a final order or judgment as to the request to deny the Defendant's discharge under 11 U.S.C. § 727(a)(4) in Plaintiff's Complaint.

In the event that consent is necessary or the Court finds Plaintiff's Complaint to be non-core, the Defendant consents to final adjudication and entry of final order or judgment as to the request to deny the Debtor's discharge under 11 U.S.C. § 727(a)(4) in Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 12th day of December 2014.

THE TRACY LAW GROUP PLLC

By  /s/ Jamie McFarlane
   Jamie J. McFarlane, WSBA #41320
Attorneys for Defendant Casey R. Ingels

DEFENDANT'S NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - 2

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 8    Filed 12/12/14    Ent. 12/12/14 14:54:21    Pg. 2 of 2