JOHN S. PETERSON  
WSBA #13985  
PO Box 829  
Kingston, WA 98346  
Ph (360) 626-4392

Honorable Marc L. Barreca  
Chapter 7

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>CASEY R. INGELS,<br><br>                              Debtor.<br><br>JOHN S. PETERSON, in his capacity as Chapter 7 trustee,<br><br>                              Plaintiff,<br>v.<br><br>CASEY R.L INGELS,<br><br>                              Defendant. | NO. 14-10421-MLB<br><br>ADVERSARY<br>CAUSE NO. 14-01387-MLB<br><br>NOTICE REGARDING FINAL ADJUDICATION AND CONSENT |

JOHN S. PETERSON, in his capacity as Chapter 7 Trustee, Plaintiff, hereby submits the following Notice Regarding Final Adjudication and Consent as required under Paragraph 3(a) of the Court's Notice of Trial and Order Setting Deadlines dated November 25, 2014.

1. Plaintiff hereby incorporates the statements required by Federal Rules of Bankruptcy Procedure 7008(a) and 7012(b) to the extent required herein, and further states that the above-captioned adversary proceeding is a core matter.

2. The above-captioned adversary proceeding may be adjudicated without consent to a final judgment by the Court. Alternatively, Plaintiff hereby consents that the Court may enter a final adjudication on Plaintiff's Complaint.

NOTICE REGARDING FINAL ADJUDICATION -1

JOHN S. PETERSON, ATTORNEY AT LAW  
P.O. BOX 829, KINGSTON, WA 98346  
PHONE: (360) 626-4392   kingstontrustee@hotmail.com

DATED December 15, 2014

        **/s/ JOHN S. PETERSON**
        John S. Peterson, WSBA #13985
        Attorney for Plaintiff

NOTICE REGARDING FINAL ADJUDICATION -2       JOHN S. PETERSON, ATTORNEY AT LAW
P.O. BOX 829, KINGSTON, WA 98346
PHONE: (360) 626-4392  kingstontrustee@hotmail.com

Case 14-01387-CMA    Doc 9    Filed 12/15/14    Ent. 12/15/14 09:52:13    Pg. 2 of 2