# JOHN S. PETERSON
## ATTORNEY AT LAW

February 4, 2015

The Honorable Marc Barreca
United State Bankruptcy Court
700 Stewart St., Suite 6301
Seattle, WA 98101

Re: Letter of Continuance, Adv. No. 14-01387, Peterson v. Ingels

Dear Judge Barreca:

I am the bankruptcy trustee/plaintiff in the above-referenced matter. Mr. Ingels and his attorney, Mr. McFarlane, have graciously agreed to a continuance of the trial date in this matter. The trial date will be continued from April 20, 2015 to June 8, 2015. By separate docket entry, I will be submitting an amended trial order.

Thank you for your help in this matter.

Sincerely,


/s/ JOHN S. PETERSON



John S. Peterson
Attorney at Law

PO BOX 829 • KINGSTON, WA • 98346
PHONE: 360-626-4392