Honorable Marc L. Barreca
Chapter 7
Hearing Date: March 18, 2015
Hearing Time: 1:00 p.m.
Hearing Place: Kitsap County Courthouse
Response Date: March 11, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br>                Debtor. | Case No. 14-10421-MLB |
| JOHN S. PETERSON, as Bankruptcy Trustee,<br>                Plaintiff,<br>vs.<br>CASEY R. INGELS,<br>                Defendant. | Adversary No. 14-01387-MLB<br><br>NOTICE OF HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE that the Defendant's Motion for Summary Judgment **IS SET FOR HEARING** as follows:

| | |
|---|---|
| JUDGE: | Honorable Marc Barreca |
| PLACE: | Kitsap County Courthouse<br>614 Division St., Courtroom 104,<br>Port Orchard, WA |
| DATE: | March 18, 2015 |
| TIME: | 1:00 p.m. |
| RESPONSE DATE: | March 11, 2015 |

NOTICE OF HEARING ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

**THE TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Clerk of Court, 700 Stewart St., Room 6301, Seattle, WA 98101; and deliver copies to the undersigned **NOT LATER THAN March 11, 2015**. Copies of the motions are on file with the Clerk of Court at the address above. If no responses are received, the Court may, at its discretion, enter an order without further notice.

DATED this 18th day of February 2015.

THE TRACY LAW GROUP PLLC

By _/s/ Jamie McFarlane_
    Jamie J. McFarlane, WSBA #41320
Attorneys for Defendant Casey R. Ingels

NOTICE OF HEARING ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 14    Filed 02/18/15    Ent. 02/18/15 15:27:32    Pg. 2 of 2