UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br><br>　　　　　　Debtor.<br><br>―――――――――――――――――<br><br>JOHN S. PETERSON, as Bankruptcy Trustee,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CASEY R. INGELS,<br><br>　　　　　　Defendant. | Case No. 14-10421-MLB<br><br><br><br><br><br>Adversary No. 14-01387-MLB<br><br><br>DECLARATION OF GWENDOLYN INGELS |

Gwendolyn Ingels states as follows:

1.　　I am over the age of eighteen years and I am a citizen of the United States. I am knowledgeable regarding the facts in this Declaration and am competent to testify to the same.

2.　　Casey Ingels and I divorced on June 8, 2009. <u>See Divorce Decree Attached as Exhibit 'A'.</u>

DECLARATION OF GWENDOLYN INGELS IN
SUPPORT OF DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT - 1

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

3. Pursuant to the divorce decree entered on June 8, 2009, certain properties were to be put into trust and managed for the benefit of our two boys, M▮▮▮ and J▮▮▮.

4. Due to various disagreements regarding the properties, the properties were never transferred into a Trust as required by the divorce decree. This was also compounded by the dramatic shift in the real estate market. We had discussed putting additional properties, other than the properties listed in the divorce decree into Trust for the boys as well.

5. Since 2009, I have managed the properties, communicated to lenders and been responsible for all of the expenses of the properties. Mr. Ingels has sporadically lived in several of the properties as they become or are vacant. Mr. Ingels has not aided me or been involved.

6. It is my position that, although the properties were not transferred into the Trust, that I still retain an ownership interest and right in the properties, as a tenant in common and would thus be entitled to any proceeds as a result of any sale and need to approve and be consulted on any sale.

7. I retained two vehicles that were my property from the divorce. An f150 and a GMC Denali. I sold both vehicles, to Miss Kathryn Hanson. I knew Ms. Hanson before Mr. Ingels and I divorced and have an amicable relationship with her.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this __14__ day of February 2015.

_Gwendolyn J. Ingels_

DECLARATION OF GWENDOLYN INGELS IN
SUPPORT OF DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT - 2

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

**EXHIBIT 'A'**

COPY
ORIGINAL FILED

JUN 08 2009

PEGGY A. SEMPRIMOZNIK
LINCOLN COUNTY CLERK

# Superior Court of Washington
# County of

| | |
|---|---|
| In re the Marriage of:<br><br>Casey R. Ingels,<br>　　　　　　　　　　Petitioner,<br>and<br><br>Gwendolyn J. Ingels,<br>　　　　　　　　　　Respondent. | No. 09-3-00283-0<br>[X] **Decree of Dissolution (DCD)**<br>[ ] **Decree of Legal Separation (DCLGSP)**<br>[ ] **Declaration Concerning Validity (DCINMG) (Marriage)**<br>[X] **Clerk's action required**<br>[ ] **Law Enforcement Notification, ¶ 3.8** |

## I. Judgment/Order Summaries

### 1.1 Restraining Order Summary:
[X] Does not apply.  [ ] Restraining Order Summary is set forth below:

| Name of person(s) restrained: _____. Name of person(s) protected:_____. **See paragraph 3.8.** |
|---|

| *Violation of a Restraining Order in Paragraph 3.8 Below With Actual Knowledge of its Terms is a Criminal Offense Under Chapter 26.50 RCW and Will Subject the Violator to Arrest. RCW 26.09.050.* |
|---|

### 1.2 Real Property Judgment Summary:
[X] Does not apply.  [ ] Real Property Judgment Summary is set forth below:

| Assessor's property tax parcel or account number: |
|---|
| Or |
| Legal description of the property awarded (including lot, block, plat, or section, township, range, county and state): |
| |
| |
| See Page _____ for full legal description |

### 1.3 Money Judgment Summary:
　　[X] Does not apply.　　[ ]　Judgment Summary is set forth below.
　A. Judgment creditor　　　　　　　　_____
　B. Judgment debtor　　　　　　　　　_____

*Decree (DCD) (DCLGSP) (DCINMG) - Page 1 of 8*
*WPF DR 04.0400 Mandatory (6/2008) - RCW 26.09.030; .040; .070 (3)*

C. Principal judgment amount $ _____
D. Interest to date of judgment $ _____
E. Attorney fees $ _____
F. Costs $ _____
G. Other recovery amount $ _____
H. Principal judgment shall bear interest at _____ % per annum
I. Attorney fees, costs and other recovery amounts shall bear interest at _____ % per annum
J. Attorney for judgment creditor _____
K. Attorney for judgment debtor _____
L. Other:

## End of Summaries

## II. Basis

Findings of Fact and Conclusions of Law have been entered in this case.

## III. Decree

*It Is Decreed* that:

### 3.1 Status of the Marriage

[X] The marriage of the parties is dissolved.
[ ] The husband and wife are legally separated.
[ ] The marriage of the parties is invalid.
[ ] The marriage of the parties is valid.

### 3.2 Property to be Awarded the Husband

[X] The husband is awarded as his separate property the property set forth in Exhibit _A_. This exhibit is attached or filed and incorporated by reference as part of this decree.
[ ] The husband is awarded as his separate property the property set forth in the separation contract or prenuptial agreement executed by the parties on (date) _____.
The separation contract or prenuptial agreement is incorporated by reference as part of this Decree. The prenuptial agreement or, pursuant to RCW 26.09.070(5), the separation contract [ ] is [ ] is not filed with the court.
[ ] The husband is awarded as his separate property the following property (list real estate, furniture, vehicles, pensions, insurance, bank accounts, etc.):

[ ] Other:

### 3.3 Property to be Awarded to the Wife

[X] The wife is awarded as her separate property the property set forth in Exhibit _A_. This exhibit is attached or filed and incorporated by reference as part of this decree.
[ ] The wife is awarded as her separate property the property set forth in the separation contract or prenuptial agreement referenced above.

*Decree (DCD) (DCLGSP) (DCINMG) - Page 2 of 8*
*WPF DR 04.0400 Mandatory (6/2008) - RCW 26.09.030; .040; .070 (3)*

[ ]   The wife is awarded as her separate property the following property (list real estate, furniture, vehicles, pensions, insurance, bank accounts, etc.):

[ ]   Other:

## 3.4  Liabilities to be Paid by the Husband

[ ]   Does not apply.
[.]   The husband shall pay the community or separate liabilities set forth in Exhibit _____. This exhibit is attached or filed and incorporated by reference as part of this decree.
[ ]   The husband shall pay the community or separate liabilities as set forth in the separation contract or prenuptial agreement referenced above.
[ ]   The husband shall pay the following community or separate liabilities:

<u>Creditor</u>                                      <u>Amount</u>

[ ]   Other:

Unless otherwise provided herein, the husband shall pay all liabilities incurred by him since the date of separation.

## 3.5  Liabilities to be Paid by the Wife

[ ]   Does not apply.
[.]   The wife shall pay the community or separate liabilities set forth in Exhibit _____. This exhibit is attached or filed and incorporated by reference as part of this decree.
[ ]   The wife shall pay the community or separate liabilities as set forth in the separation contract or prenuptial agreement referenced above.
[ ]   The wife shall pay the following community or separate liabilities:

<u>Creditor</u>                                      <u>Amount</u>

*Decree (DCD) (DCLGSP) (DCINMG) - Page 3 of 8*
*WPF DR 04.0400 Mandatory (6/2008) - RCW 26.09.030; .040; .070 (3)*

[ ]   Other:

Unless otherwise provided herein, the wife shall pay all liabilities incurred by her since the date of separation.

## 3.6  Hold Harmless Provision

[X]   Each party shall hold the other party harmless from any collection action relating to separate or community liabilities set forth above, including reasonable attorney's fees and costs incurred in defending against any attempts to collect an obligation of the other party.
[ ]   Other:

## 3.7  Maintenance

[X]   Does not apply.
[ ]   The [ ] husband [ ] wife shall pay maintenance as set forth in Exhibit _____. This exhibit is attached or filed and incorporated by reference as part of this decree.
[ ]   Maintenance shall be paid as set forth in the separation contract or prenuptial agreement referenced above.
[ ]   The [ ] husband [ ] wife shall pay $_____ maintenance. Maintenance shall be paid [ ] weekly [ ] semi-monthly [ ] monthly.
The first maintenance payment shall be due on (date) _____.

The obligation to pay future maintenance is terminated upon the death of either party or the remarriage of the party receiving maintenance unless otherwise specified below:

Payments shall be made:

    [ ]   directly to the other spouse.
    [ ]   to the Washington State Child Support Registry (only available if child support is ordered).
    [ ]   to the clerk of this court as trustee for remittance to the other spouse (only available if there are no dependent children).

[ ] If a maintenance payment is more than 15 days past due and the total of such past due payments is equal to or greater than $100, or if the obligor requests a withdrawal of accumulated contributions from the Department of Retirement Systems, the obligee may seek a mandatory benefits assignment order under Chapter 41.50 RCW without prior notice to the obligor.
[ ] The Department of Retirement Systems may make a direct payment of all or part of a withdrawal of accumulated contributions pursuant to RCW 41.50.550(3).
[ ] Other:

### 3.8 Continuing Restraining Order

[X] Does not apply.
[ ] A continuing restraining order is entered as follows:

[ ] The [ ] husband [ ] wife is restrained and enjoined from disturbing the peace of the other party.

[ ] The [ ] husband [ ] wife is restrained and enjoined from going onto the grounds of or entering the home, work place or school of the other party, or the day care or school of the following named children: _____

[ ] The [ ] husband [ ] wife is restrained and enjoined from knowingly coming within or knowingly remaining within (distance) _____ of the home, work place or school of the other party, or the day care or school of these children: _____.
other: _____.

[ ] (Name) _____ is restrained and enjoined from molesting, assaulting, harassing, or stalking (name) _____.
(The following firearm restrictions apply if this box is checked: Effective immediately and continuing as long as this continuing restraining order is in effect, the restrained person may not possess a firearm or ammunition. 18 U.S.C. § 922(g)(8). A violation of this federal firearms law carries a maximum possible penalty of 10 years in prison and a $250,000 fine. An exception exists for law enforcement officers and military personnel when carrying department/government-issue firearms. 18 U.S.C. § 925(a)(1).)
[ ] Other:

**Violation of a Restraining Order in Paragraph 3.8 With Actual Knowledge of its Terms Is a Criminal Offense Under Chapter 26.50 RCW and Will Subject the Violator to Arrest. RCW 26.09.060.**

[ ] **Clerk's Action**. The clerk of the court shall forward a copy of this order, on or before the next judicial day, to: _____ law enforcement agency which shall enter this order into any computer-based criminal intelligence system available in this state used by law enforcement agencies to list outstanding warrants. (**A law enforcement information sheet must be completed by the party or the party's attorney and provided with this order before this**

> order will be entered into the law enforcement computer system.)
>
> **Service**
>
> [ ] The restrained party or attorney appeared in court or signed this order; service of this order is not required.
> [ ] The restrained party or attorney did not appear in court; service of this order is required. The protected party must arrange for service of this order on the restrained party. File the original Return of Service with the clerk and provide a copy to the law enforcement agency listed above.
>
> **Expiration**
>
> This restraining order expires on: (month/day/year) _____.
> This restraining order supersedes all previous temporary restraining orders in this cause number.
>
> [ ] Any temporary restraining order signed by the court in this cause number is terminated. **Clerk's Action.** The clerk of the court shall forward a copy of this order, on or before the next judicial day, to: _____ law enforcement agency where **Petitioner** resides which shall enter this order into any computer-based criminal intelligence system available in this state used by law enforcement agencies to list outstanding warrants.
>
> **Full Faith and Credit**
>
> Pursuant to 18 U.S.C. § 2265, a court in any of the 50 states, the District of Columbia, Puerto Rico, any United States territory, and any tribal land within the United States shall accord full faith and credit to the order.

## 3.9 Protection Order

[X] Does not apply.
[ ] The parties shall comply with the [ ] domestic violence [ ] antiharassment Order for Protection signed by the court on this date or dated _____, in this cause number. The Order for Protection signed by the court is approved and incorporated as part of this decree.

## 3.10 Jurisdiction Over the Children

[ ] Does not apply because there are no dependent children.
[X] The court has jurisdiction over the children as set forth in the Findings of Fact and Conclusions of Law.

## 3.11 Parenting Plan

[ ] Does not apply.
[X] The parties shall comply with the Parenting Plan signed by the court on this date or dated _____. The Parenting Plan signed by the court is approved and incorporated as part of this decree.

## 3.12 Child Support

*Decree (DCD) (DCLGSP) (DCINMG) - Page 6 of 8*
*WPF DR 04.0400 Mandatory (6/2008) - RCW 26.09.030; .040; .070 (3)*

[X] Does not apply.
[ ] Child support shall be paid in accordance with the Order of Child Support signed by the court on this date or dated _____. This order is incorporated as part of this decree.

## 3.13 Attorney Fees, Other Professional Fees and Costs

[X] Does not apply.
[ ] Attorney fees, other professional fees and costs shall be paid as set forth in the separation contract or prenuptial agreement referenced above.
[ ] Attorney fees, other professional fees and costs shall be paid as follows:

## 3.14 Name Changes

[ ] Does not apply.
[X] The wife's name shall be changed to
(first, middle, last name) _Gwendolyn J. McMurtrey_____.
[ ] The husband's name shall be changed to
(first, middle, last name) _____.

## 3.15 Other

Dated: JUN 0 8 2009

JOHN F. STROHMAIER, JUDGE
**Judge/Commissioner**

Petitioner or petitioner's lawyer:
A signature below is actual notice of this order.
[X] Presented by:
[ ] Approved for entry:
[ ] Notice for presentation waived:
_(signature)_

Respondent or respondent's lawyer:
A signature below is actual notice of this order.
[ ] Presented by:
[ ] Approved for entry:
[X] Notice for presentation waived:
_(signature)_

Decree (DCD) (DCLGSP) (DCINMG) - Page 7 of 8
WPF DR 04.0400 Mandatory (6/2008) - RCW 26.09.030; .040; .070 (3)

| Signature of Petitioner or Lawyer/WSBA No. | | Signature of Respondent or Lawyer/WSBA No. | |
|---|---|---|---|
| _Casey R. Ingels_ | | _Gwendolyn J. Ingels_ | |
| Print or Type Name | Date | Print or Type Name | Date |

# EXHIBIT A
# INGELS REAL PROPERTY

**Real Property:**

1225 Yakima Avenue
17011 S Vaughn
Fairway Terrace #13
Fairway Terrace #14
Granville Condo
Interlaaken #11
Portofino
Solstice #2014

The parties have jointly agreed to put the real properties listed above into a trust for the benefit of the children. The properties shall be transferred into the trust within 3 years from the date of the final decree.


**Husband's Separate Property:**
His clothes
Furniture in the Granville Condo
ATV's

**Wife's Separate Property**
Her clothes
Furniture in the 1225 Yakima house