Honorable Marc L. Barreca
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br><br>Debtor.<br><br>———————————————<br><br>JOHN S. PETERSON, as Bankruptcy Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY R. INGELS,<br><br>Defendant. | Case No. 14-10421-MLB<br><br><br><br><br>Adversary No. 14-01387-MLB<br><br><br>DECLARATION OF KATHRYN HANSON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Kathryn Hanson states as follows:

1. I am over the age of eighteen years and I am a citizen of the United States. I am knowledgeable regarding the facts in this Declaration and am competent to testify to the same.

2. In 2011, I created MJB Consulting, an Idaho Limited Liability Company. I am a resident of Idaho and control, own and actively invest in several entities and businesses.

DECLARATION OF KATHRYN HANSON IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - 1

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 18    Filed 02/18/15    Ent. 02/18/15 15:32:05    Pg. 1 of 2

3. Casey Ingels has no ownership interest in any of my entities and never has. Mr. Ingels is an Attorney and a consultant. Mr. Ingels has performed consulting and legal work for several of my entities as an independent contractor. Mr. Ingels received 1099 forms for all payments to him by any entities that I own or owned.

4. Real property located 9830 Dekoven Dr. SW, Lakewood, Washington ("Trust Property"), was transferred to me so that me so that I could get some potential benefit from making the payments that the MJ Ray Ingels Irrevocable Trust ("Irrevocable Trust") was not making.

5. I transferred the Trust Property back to the Irrevocable Trust when I realized that I would not be able to meet the due date for payment in full on the Promissory Note due to a lack of equity in the Trust Property.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 16 day of January 2015.

Kathryn Hanson

DECLARATION OF KATHRYN HANSON IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - 2

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 18    Filed 02/18/15    Ent. 02/18/15 15:32:05    Pg. 2 of 2