Honorable Marc L. Barreca
Chapter 7
Hearing Date:  March 18, 2015
Hearing Time:  1:00 p.m.
Hearing Place:  Kitsap County Courthouse
Response Date:  March 11, 2015

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | Case No.  14-10421-MLB |
|---|---|
| CASEY R. INGELS, | |
| Debtor. | |
| | |
| JOHN S. PETERSON, as Bankruptcy Trustee, | Adversary No.  14-01387-MLB |
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| CASEY R. INGELS, | |
| Defendant. | |

Jamie McFarlane, under penalty of perjury, declares that on February 18, 2015, I caused a copy of:

- Defendant's Motion for Summary Judgment
- Notice of Hearing
- Declaration of Casey Ingels

PROOF OF SERVICE - 1

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA  98101
206-624-9894 phone / 206-624-8598 fax

- Declaration of Gwendolyn Ingels
- Declaration of Joseph Noll
- Declaration of Kathryn Hanson
- Declaration of Tricia Yue

to be served via CM/ECF on the following party:

John S Peterson on behalf of Plaintiff John S Peterson  kingstontrustee@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of February 2015.

*/s/ Jamie J. McFarlane*
Jamie J. McFarlane

PROOF OF SERVICE - 2

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 20    Filed 02/18/15    Ent. 02/18/15 15:34:28    Pg. 2 of 2