# JOHN S. PETERSON
## ATTORNEY AT LAW

February 19, 2015

The Honorable Marc Barreca
700 Stewart St., Suite 6301
Seattle, WA 98101

Re: <u>Peterson v. Ingels</u>, Adv. No. 14-01387

Dear Judge Barreca:

I am the plaintiff/trustee in this matter. With this letter, I am docketing a proposed revised trial order. I believe the revised dates comply with the instructions of your office and are agreed to with defendant/debtor's counsel, Mr. McFarlane.

Thank you for your help in this matter.


Sincerely,



John S. Peterson
Attorney at Law

PO BOX 829 • KINGSTON, WA • 98346
PHONE: 360-626-4392