Honorable Marc L. Barreca
Chapter 7
Hearing Date: March 18, 2015
Hearing Time: 1:00 p.m.
Hearing Place: Kitsap County Courthouse
614 Division St., Courtroom 104, Port Orchard, WA
Response Date: March 11, 2015

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re | Case No. 14-10421-MLB |
| CASEY R. INGELS, | |
| Debtor. | |
| | |
| JOHN S. PETERSON, as Bankruptcy Trustee, | Adversary No. 14-01387-MLB |
| Plaintiff, | |
| vs. | DECLARATION OF CASEY INGELS IN SUPPORT OF DEFENDANT'S REPLY |
| CASEY R. INGELS, | |
| Defendant. | |

Casey Ingels states as follows:

1.      I am over the age of eighteen years and I am a citizen of the United States.   I am knowledgeable regarding the facts in this Declaration and am competent to testify to the same.

THE **TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

2. My bankruptcy counsel, Noel Shillito, filed an amendment to my bankruptcy schedules on April 18, 2014, disclosing the Dekoven Property held by the MJ Ray Ingels Irrevocable Trust and disclosing my liability owed to the creditor holding a secured claim against the Dekoven Property owned by the MJ Ray Ingels Irrevocable Trust. See Exhibit A, Amendments to Schedule A and D filed on April 18, 2014.

3. My bankruptcy counsel filed an amendment to the Statement of Financial Affairs on May 14, 2014, to show my independent contractor income after I first received my 1099 statements for those years. See Exhibit B, Amendment to Statement of Financial Affairs.

4. All of the interest only payments the I made on the Promissory Note prior to the bankruptcy filing were made outside of the two years that could require disclosure on the Statement of Financial Affairs #10 regarding transfers.

5. The down payment provided by myself to purchase the Irrevocable Trust's Dekoven Property was made more than four years prior to the bankruptcy filing.

6. I testified truthfully at the Meeting of Creditors that I did not know what LLC the Dekoven Property was transferred to or when the Dekoven Property was transferred, as I was not involved in the transfer of the Dekoven Property cited by the Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of March 2015.

_Casey Ingels_
Casey Ingels

DECLARATION OF CASEY INGELS IN SUPPORT OF
DEFENDANT'S REPLY- 2

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

# EXHIBIT A

In re    **Casey Ray Ingels**                                 Case No. _____**14-10421**_____

                                          Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Property located at 17011 South Vaughn Rd KPN Vaughn, WA 98394**<br><br>**2014 Pierce County Tax Assessed Value $1,322,700** | - | | 1,322,700.00 | 1,657,672.72 |
| **Property located at 1225 North Yakima Avenue Tacoma, WA 98403**<br><br>**2014 Pierce County Tax Assessed Value $531,700**<br><br>**Foreclosure pending March 14, 2014** | - | | 531,700.00 | 1,656,000.00 |
| **Property located at 207 Broadway Unit Ste 500 Tacoma, WA**<br><br>**2014 Pierce County Tax Assessed Value $958,500 Taxable Value $281,000**<br><br>**Debtor is unsure as to whether or not the property has been foreclosed upon.** | - | | 958,500.00 | Unknown |
| **Property in MJ Ray Ingels Irrevokable Trust 9830 Dekoven Drive SW Lakewood, WA 98496**<br><br>**2014 Pierce County Tax Assessed Value $505,300** | - | | 505,300.00 | 633,000.00 |
| | | Sub-Total > | 3,318,200.00 | (Total of this page) |
| | | Total > | 3,318,200.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 1 of 31

Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 4 of 48

In re    **Casey Ray Ingels**      Case No.   __14-10421__

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Bank of Coeur d' Alene | - | 6,058.34 |
| | | | Checking account with Chase Bank - account is overdrawn | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings | - | 1,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Clothing | - | 200.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance policy through Protective Life Insurance Company - $0 cash value | - | 0.00 |
| | | | Term life insurance policy through USAA - $0 cash value | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

| | Sub-Total > | 7,758.34 |
|---|---|---|
| | (Total of this page) | |

__3__ continuation sheets attached to the Schedule of Personal Property

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 2 of 31

Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 5 of 48

In re   **Casey Ray Ingels**                                    Case No. ___**14-10421**___

                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **MJ Ray Ingels Family Irrevocable Trust - Only asset of the Trust is property located at 9830 Dekoven Dr SW, Lakewood, WA.  The Pierce County Tax Assessed Value of the property is $505,300 and the mortgage debt is $633,000.  The property does not have any equity.** | - | Unknown |

Sub-Total >                 0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 3 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 6 of 48

In re   **Casey Ray Ingels**                             Case No.    **14-10421**

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                  Sub-Total >        **0.00**
                                (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **Casey Ray Ingels**                                      Case No. _____ **14-10421** _____

                                           Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Litigation pending in Pierce County Superior Court against Forecast Approach, LLC under Cause 13-2-05726-9. - Case was dismissed without prejudice on 1/27/14.** | - | 0.00 |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 7,758.34 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Casey Ray Ingels**      Case No.    **14-10421**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ■ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account with Bank of Coeur d' Alene** | 11 U.S.C. § 522(d)(5) | 6,058.34 | 6,058.34 |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | 11 U.S.C. § 522(d)(3) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| **Clothing** | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| Total: | | 7,758.34 | 7,758.34 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 6 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 9 of 48

B6D (Official Form 6D) (12/07)

In re **Casey Ray Ingels**                                                      Case No. _____**14-10421**_____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BAC Home Loans Servicing LP** <br> **400 Countrywide Way SV-35** <br> **Simi Valley, CA 93065** | X | - | Mortgage <br> **Property located at** <br> **207 Broadway Unit Ste 500** <br> **Tacoma, WA** <br> **2014 Pierce County** <br> **Tax Assessed Value $958,500** <br> **Taxable Value $281,000** <br> **Debtor is unsure as to whether or not** | | | | | |
| | | | Value $              958,500.00 | | | | 1,100,000.00 | 141,500.00 |
| Account No. <br><br> **Bank of America Home Loan** <br> **PO Box 650070** <br> **Dallas, TX 75265** | X | - | **First mortgage** <br> **Property located at** <br> **17011 South Vaughn Rd KPN** <br> **Vaughn, WA 98394** <br> **2014 Pierce County Tax Assessed Value** <br> **$1,322,700** | | | | | |
| | | | Value $            1,322,700.00 | | | | 1,500,000.00 | 334,972.72 |
| Account No. <br><br> **Wendy Moullet** <br> **Ryan Swanson & Cleveland, PLLC** <br> **1201 Third Avenue Ste 3400** <br> **Seattle, WA 98101-3034** | | | **Representing:** <br> **Bank of America Home Loan** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. <br><br> **Fieldstone Mortgage** <br> **11000 Brokenland Parkway #600** <br> **Columbia, MD 21044** | X | - | **First mortgage** <br> **Property located at** <br> **1225 North Yakima Avenue** <br> **Tacoma, WA 98403** <br> **2014 Pierce County Tax Assessed Value** <br> **$531,700** <br><br> **Foreclosure pending March 14, 2014** | | | | | |
| | | | Value $              531,700.00 | | | | 556,000.00 | 24,300.00 |

_**2**_   continuation sheets attached

Subtotal <br> (Total of this page)

| 3,156,000.00 | 500,772.72 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 7 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 10 of 48

B6D (Official Form 6D) (12/07) - Cont.

In re **Casey Ray Ingels**             Case No. _____**14-10421**_____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Ocwen Loan Servicing, LLC PO Box 785057 Orlando, FL 32878-5057 | | | Representing: Fieldstone Mortgage | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| Quality Loan Service Corp 2141 5th Avenue San Diego, CA 92101 | | | Representing: Fieldstone Mortgage | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | Second mortgage Property located at 1225 North Yakima Avenue Tacoma, WA 98403 2014 Pierce County Tax Assessed Value $531,700 | | | | | |
| Foundation Bank 1110 112th Ave NE #200 Bellevue, WA 98004 | X | - | **Foreclosure pending March 14, 2014** | | | | 1,100,000.00 | 1,100,000.00 |
| | | | Value $          531,700.00 | | | | | |
| Account No. | | | 207 Broadway #500 - Cross Collateralized by parcels which have been foreclosed | | | | | |
| Frontier Financial Group 631 North Stephanie St #419 Henderson, NV 89014 | X | - | Business debt - Metropolitan Real Estate Development, LLC & 405 6th Avenue, LLC | | | | 13,193,644.49 | 13,193,644.49 |
| | | | Value $          0.00 | | | | | |
| Account No. | | | | | | | | |
| Milton Reimers Schwabe Williamson & Wyatt, PC 1420 5th Avenue Ste 3400 Seattle, WA 98101-3400 | | | Representing: Frontier Financial Group | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet _**1**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                 Subtotal     14,293,644.49     14,293,644.49
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Casey Ray Ingels**　　　　　　　　　　　　　　　　　　　　Case No. **14-10421**
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Union Bank** **PO Box 2215** **Everett, WA 98213-0215** | | | | Representing: **Frontier Financial Group** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | **Condo Dues** **Property located at** **207 Broadway Unit Ste 500** **Tacoma, WA** | | | | | |
| **Granville Building HOA** **Attn: Patricia Army** **4957 Lakemont Blvd Ste C-4#133** **Bellevue, WA 98006** | X | - | | **2014 Pierce County** **Tax Assessed Value $958,500** **Taxable Value $281,000** **Debtor is unsure as to whether or not** | | | | | |
| | | | | Value $　　　958,500.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | | **Secured tax lien** **Property located at** **17011 South Vaughn Rd KPN** **Vaughn, WA 98394** | | | | | |
| **Internal Revenue Service** **Centralized Insolvency** **PO Box 7346** **Philadelphia, PA 19101-7346** | X | - | | **2014 Pierce County Tax Assessed Value** **$1,322,700** | | | | | |
| | | | | Value $　　1,322,700.00 | | | | **157,672.72** | **0.00** |
| Account No. | | | | **Personal Guarantee** **Property in MJ Ray Ingels Irrevokable** **Trust** **9830 Dekoven Drive SW** | | | | | |
| **James B Paulson & Timothy A** **Ryerson** **Successor Trustees of Living Trust** **of James & Marijane Paulson** **8800 NE 176th Street** **Bothell, WA 98011** | X | - | | **Lakewood, WA 98496** **2014 Pierce County Tax Assessed Value** **$505,300** | | | | | |
| | | | | Value $　　　505,300.00 | | | | **633,000.00** | **127,700.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | | | Subtotal (Total of this page) | 790,672.72 | 127,700.00 |
|---|---|---|---|---|---|---|
| | | | | Total (Report on Summary of Schedules) | 18,240,317.21 | 14,922,117.21 |

B6E (Official Form 6E) (4/13)

In re **Casey Ray Ingels** Case No. **14-10421**
_____, _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 10 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 13 of 48

In re  __Casey Ray Ingels__                                    Case No. ___14-10421___
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| **Account No.** | | | | | **2011 Tax liability** | | | | | |
| **Internal Revenue Service** **Centralized Insolvency** **PO Box 7346** **Philadelphia, PA 19101-7346** | X | - | | | | | | | | 0.00 |
| | | | | | | | | | 14,654.00 | 14,654.00 |
| **Account No.** | | | | | **Notice only** | | | | | |
| **State of Washington** **Dept of L&I** **950 Broadway Ste 200** **Tacoma, WA 98402** | | - | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | **Notice only** | | | | | |
| **State of Washington** **Dept of Revenue** **PO Box 11180** **Tacoma, WA 98411-0180** | | - | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | **Notice only** | | | | | |
| **Washington State** **Employment Security** **PO Box 34949** **Seattle, WA 98124-1949** | | - | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 14,654.00 | 14,654.00 |
| Total | | 0.00 |
| (Report on Summary of Schedules) | 14,654.00 | 14,654.00 |

In re   **Casey Ray Ingels**                                           Case No.   **14-10421**

Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Commencement Bank<br>1102 Commerce Street<br>Tacoma, WA 98401 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Foundation Bank<br>1110 112th Ave NE #200<br>Bellevue, WA 98004 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Wells Fargo<br>1201 Pacific Avenue<br>Tacoma, WA 98402 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Rainier Pacific/Umqua Bank<br>1498 Pacific Ave<br>Tacoma, WA 98402 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Fieldstone Mortgage<br>11000 Brokenland Parkway #600<br>Columbia, MD 21044 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Owens Mortgage Investment Fund<br>PO Box 2400<br>Walnut Creek, CA 94595 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | 2501 Hayden, LLC<br>c/o Williams Kastner & Gibbs<br>601 Union Street Ste 4100<br>Seattle, WA 98101-2380 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | BAC Home Loans Servicing LP<br>400 Countrywide Way SV-35<br>Simi Valley, CA 93065 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Bank of America Home Loan<br>PO Box 650070<br>Dallas, TX 75265 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Foundation Bank<br>1110 112th Ave NE #200<br>Bellevue, WA 98004 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Frontier Financial Group<br>631 North Stephanie St #419<br>Henderson, NV 89014 |

**2**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Case 14-10421-MLB   Doc 27   Filed 04/18/14   Ent. 04/18/14 16:41:16   Pg. 12 of 31
Case 14-01387-CMA   Doc 26   Filed 03/13/15   Ent. 03/13/15 18:13:13   Pg. 15 of 48

In re  Casey Ray Ingels                                          Case No. __14-10421__
_____
                            Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Granville Building HOA<br>Attn: Patricia Army<br>4957 Lakemont Blvd Ste C-4#133<br>Bellevue, WA 98006 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | James B Paulson & Timothy A Ryerson<br>Successor Trustees of Living Trust<br>of James & Marijane Paulson<br>8800 NE 176th Street<br>Bothell, WA 98011 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | American Insurance Co<br>Fireman's Fund Insurance Co<br>Attn: Corporate Collections<br>Deptm CH-10273<br>Palatine, IL 60055-0273 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Ashbaugh Beal<br>4400 Columbia Center<br>701 Fifth Avenue<br>Seattle, WA 98104 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Banner Bank<br>PO Box 907<br>Walla Walla, WA 99362 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Bonneville Billing Collections<br>PO Box 150621<br>Ogden, UT 84415-0621 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | BYL Collection<br>PO Box 569<br>Malvern, PA 19355 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Cach, LLC<br>4340 South Monaco Street<br>Second Floor<br>Denver, CO 80237-3485 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Chase<br>PO Box 9001074<br>Louisville, KY 40290-1074 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 13 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 16 of 48

In re    Casey Ray Ingels                                                                Case No.    14-10421
                                                                                         Debtor

# SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | CHS Merchants Credit Assoc<br>PO Box 7416<br>Bellevue, WA 98008-1416 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Citibank<br>PO Box 9095<br>Des Moines, IA 50368 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Granville Building HOA<br>Attn: Patricia Army<br>4957 Lakemont Blvd Ste C-4#133<br>Bellevue, WA 98006 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Kazlow & Fields, LLC<br>8100 Sandpiper Circle #204<br>Nottingham, MD 21236 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Smith Alling Lane<br>1102 Broadway Plaza #403<br>Tacoma, WA 98402 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | The Insco Dico Group<br>17771 Cowan Ste 100<br>Irvine, CA 92614 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Umpqua Bank<br>PO Box 1820<br>Roseburg, OR 97470 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Wells Fargo Bank<br>PO Box 29704<br>Phoenix, AZ 85038 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Wells Fargo Bank<br>PO Box 17339<br>Baltimore, MD 21297-1339 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Wells Fargo National Bank<br>PO Box 94498<br>Las Vegas, NV 89193 |
| Gwen Ingels<br>PO Box 2171<br>Tacoma, WA 98401 | Westside Bank/Sunwest Bank<br>4922 Bridgeport Way South<br>University Place, WA 98467 |

Sheet    2    of    2    continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Casey Ray Ingels** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (If known) | 14-10421 |

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Occupation | Vice President | |
| | Employer's name | Tactical Tailor | |
| | Employer's address | 12715 Pacific Highway SW Lakewood, WA 98499 | |
| | How long employed there? | 2 weeks | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 7,583.33 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 7,583.33 | $ N/A |

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | 7,583.33 | $ N/A |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $  2,135.06 | $  N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $  0.00 | $  N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $  455.00 | $  N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $  0.00 | $  N/A |
| 5e. Insurance | 5e. | $  107.29 | $  N/A |
| 5f. Domestic support obligations | 5f. | $  0.00 | $  N/A |
| 5g. Union dues | 5g. | $  0.00 | $  N/A |
| 5h. Other deductions. Specify: __WA L&I__ | 5h.+ | $  12.89 | + $  N/A |

| | | | |
|---|---|---|---|
| 6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  2,710.24 | $  N/A |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $  4,873.09 | $  N/A |

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.      8a.  $  0.00    $  N/A

8b. Interest and dividends      8b.  $  0.00    $  N/A

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.      8c.  $  0.00    $  N/A

8d. Unemployment compensation      8d.  $  0.00    $  N/A

8e. Social Security      8e.  $  0.00    $  N/A

8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:  __VA Disability__      8f.  $  1,333.00    $  N/A

8g. Pension or retirement income      8g.  $  0.00    $  N/A

8h. Other monthly income. Specify: _____      8h.+  $  0.00   + $  N/A

| | | | |
|---|---|---|---|
| 9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  1,333.00 | $  N/A |

10. Calculate monthly income. Add line 7 + line 9.      10. | $  6,206.09 | + $  N/A | = $  6,206.09 |
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____      11. +$  0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies      12. | $  6,206.09 |

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☒ Yes. Explain: **The Debtor has held a position on the Board of Directors with Tactical Tailor since 2006. Debtor has the potential for an increase in his salary contingent upon his performance.**

Fill in this information to identify your case:

Debtor 1  **Casey Ray Ingels**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number  **14-10421**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing post-petition chapter 13
    expenses as of the following date:

    MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
    maintains a separate household

Official Form B 6J
## Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1.   **Is this a joint case?**

     ■ No. Go to line 2.
     ☐ Yes. **Does Debtor 2 live in a separate household?**

          ☐ No
          ☐ Yes. Debtor 2 must file a separate Schedule J.

2.   **Do you have dependents?**   ☐ No

     Do not list Debtor 1 and      ■ Yes. Fill out this information for
     Debtor 2.                          each dependent...........

     Do not state the dependents'
     names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **2** | ■ No ☐ Yes |
| **Son** | **8** | ☐ No ■ Yes |
| **Son** | **10** | ☐ No ■ Yes |
|  |  | ☐ No ☐ Yes |

3.   **Do your expenses include**     ■ No
     **expenses of people other than**  ☐ Yes
     **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  |  | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 6,800.00 |
|  | If not included in line 4: |  |  |
| 4a. | Real estate taxes | 4a.  $ | 1,000.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5.  $ | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Casey Ray Ingels** | | Case number (if known) | **14-10421** | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 40.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 100.00 |
| | 6d. | Other. Specify:   **Propane** | 6d. $ | 125.00 |
| | | **Heating oil** | $ | 150.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | *Medical and dental expenses* | | 11. $ | 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 291.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 600.00 |
| | 15b. | Health insurance | 15b. $ | 500.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | | 19. $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify:   **Sons' sports/activities** | | 21. +$ | 200.00 |
| | **Sons' school tuition** | | +$ | 600.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | 12,356.00 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,206.09 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 12,356.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -6,149.91 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes. Explain:   | **The Debtor's real property is in foreclosure and therefore, his living expenses are subject to change.** |

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 18 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 21 of 48

# United States Bankruptcy Court
## Western District of Washington

In re   **Casey Ray Ingels**                                              Case No.   **14-10421**

                                        Debtor(s)                                 Chapter      **7**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

#### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,000.00** | **2014 YTD: Debtor Tactical Tailor Employment Income. Income earned through date of filing was $7,000; income earned through 3/30/14 is $23,115.39.** |
| **$50,000.00** | **2013: Debtor 1099 Contractor Income** |
| **$50,000.00** | **2012: Debtor 1099 Contractor Income** |

---

#### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,333.00** | **2014 YTD Department of Veteran's Affairs** |

| AMOUNT | SOURCE |
|---|---|
| $15,600.00 | 2013 Department of Veteran's Affairs |
| $15,600.00 | 2012 Department of Veteran's Affairs |

---

**3. Payments to creditors**

None ☒  *Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒      b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☒      c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐      a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 10-2-13923-6 | Walter Sharp vs. Sharp Properties LLC, Metropolitan Real Estate Development LLC, Umpqua Bank | Superior Court of the State of Washington Tacoma, Washington | |
| 10-2-07535-1 | BANNER BANK VS. 2358-2372 SOUTH YAKIMA AVENUE LLC | Pierce County Superior Court Pierce County, WA | Settled |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB   Doc 27   Filed 04/18/14   Ent. 04/18/14 16:41:16   Pg. 20 of 31
Case 14-01387-CMA   Doc 26   Filed 03/13/15   Ent. 03/13/15 18:13:13   Pg. 23 of 48

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 10-2-13699-7 | NORTHWEST CASCADE INC. VS. GRANVILLE A BRINKMAN | Pierce County Superior Court Pierce County, WA | Settled |
| 11-2-08880-0 | OWENS MORTGAGE INVESTMENT FUND VS. 5401 EAST THOMAS RD LLC | Pierce County Superior Court Pierce County, WA | Pending |
| 13-2-12208-7 | UMPQUA BANK VS. CASEY INGELS | Pierce County Superior Court Pierce County, WA | Pending |
| 11-2-08478-2 | UNION BANK NA VS. INTERLAAKEN PROPERTIES LLC | Pierce County Superior Court Pierce County, WA | Pending |
| 10-2-13923-6 | WALTER SHARP VS. SHARP PROPERTIES LLC | Pierce County Superior Court Pierce County, WA | Settled |
| 11-2-15069-6 | 2501 HAYDEN LLC VS. CASEY R INGELS | Pierce County Superior Court Pierce County, WA | Pending |
| 13-2-05726-9 | CASEY R INGELS VS. FORECAST APPROACH LLC | Pierce County Superior Court Pierce County, WA | Dismissed on 1/27/14 |
| 10-2-08348-6 | CASEY R INGELS VS. FRONTIER FINANCIAL CORPORATION | Pierce County Superior Court Pierce County, WA | Pending |
| 11-2-05043-8 | UMPQUA BANK VS. MAXWELLS LLC | Pierce County Suoerior Court Pierce County, WA | |
| CV-2010-010933 | 2501 HAYDEN LLC VS. CASEY R INGELS | Maricopa County Court Maricopa County, AZ | Pending |
| CV 2010-006444 | OWENS MORTGAGE INVESTMENT FUND VS. 5401 EAST THOMAS RD LLC | Maricopa County Superior Court Maricopa County, Arizona | Judgment |
| CV-2011-015013 | City National Bank v. Ingels | Maricopa County Superior Court | Pending |
| CV-2011-091685 | Solstice Condominium Assoc. v. Ingels | Maricopa County Superior Court | Pending |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 21 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 24 of 48

| CAPTION OF SUIT AND CASE NUMBER 13-2-05725-1 | NATURE OF PROCEEDING Case Element Construction 7 Development v. 2358-2372 South Yakima, Ave | COURT OR AGENCY AND LOCATION Pierce County Superior Court | STATUS OR DISPOSITION Dicharged in Bankruptcy |
|---|---|---|---|

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 22 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 25 of 48

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Shillito & Giske, P.S.** **1919 North Pearl Street Ste C-2** **Tacoma, WA 98406** | **December 31, 2013** | **$3,500.00** |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

#### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 23 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 26 of 48

### 12. Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Chase Bank** | **N/A** | **None** | **N/A** |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **?** | **2005 Ford F150 Truck** | **Debtor's Residence** |

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **9830 Dekoven Drive SW Lakewood, WA** | **Casey Ray Ingels** | **Intermittent 2011 to present** |
| **17011 South Vaughn Road KPN Vaughn WA 98394-0000** | **Casey Ray Ingels** | **Intermittent 2009, 2010, 2013, 2014** |
| **1225 North Yakima Tacoma WA 98403-0000** | **Casey Ray Ingels** | **2009, 2010, 2011** |
| **207 Broadway #500 Tacoma WA 98402-0000** | **Casey Ray Ingels** | **2008, 2010, 2013** |
| **3393 East Vallejo Court Gilbert AZ 85298-0000** | **Casey Ray Ingels** | **2006 - 2011** |
| **201 Broadway #A Tacoma WA 98401-0000** | **Casey Ray Ingels** | **2005 - 2006** |

### 16. Spouses and Former Spouses

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Former spouse, Gwen Ingels. Decree of Dissolution entered
in Lincoln County Superior Court under Case No.
09-3-00283-0 on June 8, 2009.**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 25 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 28 of 48

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 1015 Pacific Avenue, LLC | 602543441 | 1015 Pacific Avenue Tacoma, WA 98401 | Property Holding Company | September 28, 2005 through September 30, 2010 |
| Maxwell's, LLC | 602771494 | 405 North 6th Avenue Tacoma, WA 98402 | Restaurant | October 16, 2007 through September 15, 2010 |
| Thousand Oaks Trail Road, LLC | 602868514 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 8, 2008 through September 30, 2010 |
| Grey Ghost Communications, LLC | 602325685 | 728 Pacific Avenue PO Box 2242 Tacoma, WA 98401 | Contractor | June 21, 2007 through June 21, 2008 |
| Metropolitan Real Estate Development LLC | 602353598 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Development Company | January 5, 2004 through April 4, 2011 |
| MRD Construction, LLC | 602662346 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Construction Company | October 6, 2006 through December 31, 2010 |
| 1902 South Yakima, LLC | 602493299 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | April 13, 2005 through April 30, 2008 |
| 216 Broadway, LLC | 602436116 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | October 11, 2004 through October 31, 2009 |
| 2358-2372 South Yakima Ave, LLC | 602715681 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | April 12, 2007 through April 30, 2011 |
| 25th and Yakima, LLC | 602731904 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | June 4, 2007 through June 30, 2008 |
| 314 North G Street, LLC | 602501416 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | May 9, 2005 through May 31, 2008 |
| 732 Broadway, LLC | 602472009 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | February 9, 2005 through February 28, 2007 |
| Commencement Bay Acquisitions, LLC | 602420706 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | August 13, 2004 through August 31, 2005 |
| Commencement Bay Towers, LLC | 602449537 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | November 29, 2004 November 30, 2005 |
| Draper Capital, LLC | 602731884 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Commercial Brokerage | June 4, 2007 through June 30, 2008 |
| El Cubano, LLC | 602825552 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | April 21, 2008 through April 30, 2009 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 26 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 29 of 48

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Granville Building Const. Co, LLC | 602503868 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Construction Company | May 17, 2005 through May 31, 2008 |
| Metropolitan Development Group of Tacoma | 602568741 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Development Company | December 22, 2005 through December 31, 2009 |
| North End Acquisitions, LLC | 602429100 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 15, 2004 through September 30, 2009 |
| Urban Building Supply, LLC | 602551113 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Building Supply Company | October 24, 2005 through October 31, 2007 |
| Vantage Point, LLC | 602520809 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | July 13, 2005 through July 31, 2008 |
| Element Developers/General Contractors | 602414207 | 728 Pacific Avenue PO Box 2242 Tacoma, WA 98401 | Development and Construction Company | July 21, 2004 through July 31, 2010 |
| Action Towing & Recovery, LLC | 602716319 | 728 Pacific Avenue PO Box 2242 Tacoma, WA 98401 | Towing Company | April 13, 2007 through April 30, 2011 |
| 201 Broadway, LLC | 602461179 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | January 7, 2005 through January 31, 2010 |
| 201 Broadway, Unit A, LLC | 602647185 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | August 30, 2006 through August 31, 2011 |
| 314 North G Street, LLC | 602501416 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | May 9, 2005 through May 31, 2008 |
| 6220 Capitol highway, LLC | 602532215 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 2, 2005 through October 3, 2007 |
| 121-127 NW 6th Avenue, LLC | | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 15, 2008 through October 16, 2009 |
| 7001 1st Ave, LLC | | 1201 Pacific Ave PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 15, 2008 through June 30, 2010 |
| Contractors Building Equipment | | and Supply, LLC 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Equipment Supply | March 23, 2006 through March 31, 2010 |
| Interlaaken Properties, LLC | 602461163 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | December 1, 2004 through December 31, 2010 |
| Granville Building, LLC | 602450072 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | December 1, 2004 through December 31, 2010 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Hawks Landing I, LLC | 602596367 | PO Box 1096 Tacoma, WA 98401 | Propery Holding Company | March 1, 2006 through March 31, 2009 |
| 740 Esplanade, LLC | 20-3268907 | 6900 E Cambelback Rd Vallecito, CA 95251 | Property Holding Company | August 1, 2005 through September 1, 2007 |
| 5401 East Thoams Rd, LLC | 20-4074985 | 6900 E Cambelback Rd Scottsdale, AZ 85251 | Property Holding Company | January 10, 2006 through February 10, 2008 |
| Arizona Landlord Services, LLC | 26-0603251 | 6900 E Cambelback Rd Scottsdale, AZ 85251 | Property Management Company | July 12, 2007 through August 12, 2009 |
| Delano Place, LLC | 20-4861408 | 6900 E Cambelback Rd Scottsdale, AZ 85251 | Property Holding Company | May 25, 2006 through April 16, 2007 |
| Builders Risk Surety & Bond Company, Inc | 20-4269306 | | Bonding Company | February 6, 2006 through March 7, 2007 |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                     ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                     DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB   Doc 27   Filed 04/18/14   Ent. 04/18/14 16:41:16   Pg. 28 of 31
Case 14-01387-CMA   Doc 26   Filed 03/13/15   Ent. 03/13/15 18:13:13   Pg. 31 of 48

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB   Doc 27   Filed 04/18/14   Ent. 04/18/14 16:41:16   Pg. 29 of 31
Case 14-01387-CMA   Doc 26   Filed 03/13/15   Ent. 03/13/15 18:13:13   Pg. 32 of 48

**25. Pension Funds.**

None ■      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 30 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 33 of 48

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 18, 2014**                    Signature  **/s/ Casey Ray Ingels**
                                                       **Casey Ray Ingels**
                                                       Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 27    Filed 04/18/14    Ent. 04/18/14 16:41:16    Pg. 31 of 31
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 34 of 48

# EXHIBIT B

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Washington

In re   **Casey Ray Ingels**  _____   Case No.   **14-10421**  _____

_____ Debtor(s)   Chapter   **7**  _____

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,000.00** | **2014 YTD: Debtor Tactical Tailor Employment Income.  Income earned through date of filing was $7,000; income earned through 3/30/14 is $23,115.39.** |
| **$50,000.00** | **2013: Debtor 1099 Contractor Income** |
| **$50,000.00** | **2012: Debtor 1099 Contractor Income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,333.00** | **2014 YTD Department of Veteran's Affairs** |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 1 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 36 of 48

| AMOUNT | SOURCE |
|---|---|
| $15,600.00 | 2013 Department of Veteran's Affairs |
| $15,600.00 | 2012 Department of Veteran's Affairs |

---

**3. Payments to creditors**

None ☑    *Complete a. or b., as appropriate, and c.*

     a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☑    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 10-2-13923-6 | Walter Sharp vs. Sharp Properties LLC, Metropolitan Real Estate Development LLC, Umpqua Bank | Superior Court of the State of Washington Tacoma, Washington | |
| 10-2-07535-1 | BANNER BANK VS. 2358-2372 SOUTH YAKIMA AVENUE LLC | Pierce County Superior Court Pierce County, WA | Settled |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB   Doc 30   Filed 05/14/14   Ent. 05/14/14 16:55:22   Pg. 2 of 13
Case 14-01387-CMA   Doc 26   Filed 03/13/15   Ent. 03/13/15 18:13:13   Pg. 37 of 48

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 10-2-13699-7 | NORTHWEST CASCADE INC. VS. GRANVILLE A BRINKMAN | Pierce County Superior Court Pierce County, WA | Settled |
| 11-2-08880-0 | OWENS MORTGAGE INVESTMENT FUND VS. 5401 EAST THOMAS RD LLC | Pierce County Superior Court Pierce County, WA | Pending |
| 13-2-12208-7 | UMPQUA BANK VS. CASEY INGELS | Pierce County Superior Court Pierce County, WA | Pending |
| 11-2-08478-2 | UNION BANK NA VS. INTERLAAKEN PROPERTIES LLC | Pierce County Superior Court Pierce County, WA | Pending |
| 10-2-13923-6 | WALTER SHARP VS. SHARP PROPERTIES LLC | Pierce County Superior Court Pierce County, WA | Settled |
| 11-2-15069-6 | 2501 HAYDEN LLC VS. CASEY R INGELS | Pierce County Superior Court Pierce County, WA | Pending |
| 13-2-05726-9 | CASEY R INGELS VS. FORECAST APPROACH LLC | Pierce County Superior Court Pierce County, WA | Dismissed on 1/27/14 |
| 10-2-08348-6 | CASEY R INGELS VS. FRONTIER FINANCIAL CORPORATION | Pierce County Superior Court Pierce County, WA | Pending |
| 11-2-05043-8 | UMPQUA BANK VS. MAXWELLS LLC | Pierce County Suoerior Court Pierce County, WA | |
| CV-2010-010933 | 2501 HAYDEN LLC VS. CASEY R INGELS | Maricopa County Court Maricopa County, AZ | Pending |
| CV 2010-006444 | OWENS MORTGAGE INVESTMENT FUND VS. 5401 EAST THOMAS RD LLC | Maricopa County Superior Court Maricopa County, Arizona | Judgment |
| CV-2011-015013 | City National Bank v. Ingels | Maricopa County Superior Court | Pending |
| CV-2011-091685 | Solstice Condominium Assoc. v. Ingels | Maricopa County Superior Court | Pending |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 3 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 38 of 48

| CAPTION OF SUIT AND CASE NUMBER **13-2-05725-1** | NATURE OF PROCEEDING **Case Element Construction 7 Development v. 2358-2372 South Yakima, Ave** | COURT OR AGENCY AND LOCATION **Pierce County Superior Court** | STATUS OR DISPOSITION **Dicharged in Bankruptcy** |
|---|---|---|---|

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 4 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 39 of 48

---

#### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

#### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Shillito & Giske, P.S.**<br>**1919 North Pearl Street Ste C-2**<br>**Tacoma, WA 98406** | **December 31, 2013** | **$3,500.00** |
| **Law Office of Noel Shillito**<br>**1919 North Pearl Street Ste C-2**<br>**Tacoma, WA 98406** | **April 15, 2014** | **$2,500.00** |

---

#### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

#### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 5 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 40 of 48

## 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| Chase Bank | N/A | None | N/A |

## 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| ? | 2005 Ford F150 Truck | Debtor's Residence |

## 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 9830 Dekoven Drive SW Lakewood, WA | Casey Ray Ingels | Intermittent 2011 to present |
| 17011 South Vaughn Road KPN Vaughn WA 98394-0000 | Casey Ray Ingels | Intermittent 2009, 2010, 2013, 2014 |
| 1225 North Yakima Tacoma WA 98403-0000 | Casey Ray Ingels | 2009, 2010, 2011 |
| 207 Broadway #500 Tacoma WA 98402-0000 | Casey Ray Ingels | 2008, 2010, 2013 |
| 3393 East Vallejo Court Gilbert AZ 85298-0000 | Casey Ray Ingels | 2006 - 2011 |
| 201 Broadway #A Tacoma WA 98401-0000 | Casey Ray Ingels | 2005 - 2006 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 6 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 41 of 48

**16. Spouses and Former Spouses**

None ☐    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Former spouse, Gwen Ingels. Decree of Dissolution entered**
**in Lincoln County Superior Court under Case No.**
**09-3-00283-0 on June 8, 2009.**

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 7 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 42 of 48

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 1015 Pacific Avenue, LLC | 602543441 | 1015 Pacific Avenue Tacoma, WA 98401 | Property Holding Company | September 28, 2005 through September 30, 2010 |
| Maxwell's, LLC | 602771494 | 405 North 6th Avenue Tacoma, WA 98402 | Restaurant | October 16, 2007 through September 15, 2010 |
| Thousand Oaks Trail Road, LLC | 602868514 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 8, 2008 through September 30, 2010 |
| Grey Ghost Communications, LLC | 602325685 | 728 Pacific Avenue PO Box 2242 Tacoma, WA 98401 | Contractor | June 21, 2007 through June 21, 2008 |
| Metropolitan Real Estate Development LLC | 602353598 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Development Company | January 5, 2004 through April 4, 2011 |
| MRD Construction, LLC | 602662346 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Construction Company | October 6, 2006 through December 31, 2010 |
| 1902 South Yakima, LLC | 602493299 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | April 13, 2005 through April 30, 2008 |
| 216 Broadway, LLC | 602436116 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | October 11, 2004 through October 31, 2009 |
| 2358-2372 South Yakima Ave, LLC | 602715681 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | April 12, 2007 through April 30, 2011 |
| 25th and Yakima, LLC | 602731904 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | June 4, 2007 through June 30, 2008 |
| 314 North G Street, LLC | 602501416 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | May 9, 2005 through May 31, 2008 |
| 732 Broadway, LLC | 602472009 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | February 9, 2005 through February 28, 2007 |
| Commencement Bay Acquisitions, LLC | 602420706 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | August 13, 2004 through August 31, 2005 |
| Commencement Bay Towers, LLC | 602449537 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | November 29, 2004 November 30, 2005 |
| Draper Capital, LLC | 602731884 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Commercial Brokerage | June 4, 2007 through June 30, 2008 |
| El Cubano, LLC | 602825552 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | April 21, 2008 through April 30, 2009 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 8 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 43 of 48

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Granville Building Const. Co, LLC | 602503868 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Construction Company | May 17, 2005 through May 31, 2008 |
| Metropolitan Development Group of Tacoma | 602568741 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Development Company | December 22, 2005 through December 31, 2009 |
| North End Acquisitions, LLC | 602429100 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 15, 2004 through September 30, 2009 |
| Urban Building Supply, LLC | 602551113 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Building Supply Company | October 24, 2005 through October 31, 2007 |
| Vantage Point, LLC | 602520809 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | July 13, 2005 through July 31, 2008 |
| Element Developers/General Contractors | 602414207 | 728 Pacific Avenue PO Box 2242 Tacoma, WA 98401 | Development and Construction Company | July 21, 2004 through July 31, 2010 |
| Action Towing & Recovery, LLC | 602716319 | 728 Pacific Avenue PO Box 2242 Tacoma, WA 98401 | Towing Company | April 13, 2007 through April 30, 2011 |
| 201 Broadway, LLC | 602461179 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | January 7, 2005 through January 31, 2010 |
| 201 Broadway, Unit A, LLC | 602647185 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | August 30, 2006 through August 31, 2011 |
| 314 North G Street, LLC | 602501416 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | May 9, 2005 through May 31, 2008 |
| 6220 Capitol highway, LLC | 602532215 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 2, 2005 through October 3, 2007 |
| 121-127 NW 6th Avenue, LLC | | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 15, 2008 through October 16, 2009 |
| 7001 1st Ave, LLC | | 1201 Pacific Ave PO Box 2171 Tacoma, WA 98401 | Property Holding Company | September 15, 2008 through June 30, 2010 |
| Contractors Building Equipment | | and Supply, LLC 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Equipment Supply | March 23, 2006 through March 31, 2010 |
| Interlaaken Properties, LLC | 602461163 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | December 1, 2004 through December 31, 2010 |
| Granville Building, LLC | 602450072 | 1201 Pacific Avenue PO Box 2171 Tacoma, WA 98401 | Property Holding Company | December 1, 2004 through December 31, 2010 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 9 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 44 of 48

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Hawks Landing I, LLC | 602596367 | PO Box 1096 Tacoma, WA 98401 | Propery Holding Company | March 1, 2006 through March 31, 2009 |
| 740 Esplanade, LLC | 20-3268907 | 6900 E Cambelback Rd Vallecito, CA 95251 | Property Holding Company | August 1, 2005 through September 1, 2007 |
| 5401 East Thoams Rd, LLC | 20-4074985 | 6900 E Cambelback Rd Scottsdale, AZ 85251 | Property Holding Company | January 10, 2006 through February 10, 2008 |
| Arizona Landlord Services, LLC | 26-0603251 | 6900 E Cambelback Rd Scottsdale, AZ 85251 | Property Management Company | July 12, 2007 through August 12, 2009 |
| Delano Place, LLC | 20-4861408 | 6900 E Cambelback Rd Scottsdale, AZ 85251 | Property Holding Company | May 25, 2006 through April 16, 2007 |
| Builders Risk Surety & Bond Company, Inc | 20-4269306 | | Bonding Company | February 6, 2006 through March 7, 2007 |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                      DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 10 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 45 of 48

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 12 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 47 of 48

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 14, 2014**                              Signature  **/s/ Casey Ray Ingels**
                                                               **Casey Ray Ingels**
                                                               Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Case 14-10421-MLB    Doc 30    Filed 05/14/14    Ent. 05/14/14 16:55:22    Pg. 13 of 13
Case 14-01387-CMA    Doc 26    Filed 03/13/15    Ent. 03/13/15 18:13:13    Pg. 48 of 48