Honorable Marc L. Barreca
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br>      Debtor.<br><br>JOHN S. PETERSON, as Bankruptcy Trustee,<br>      Plaintiff,<br>vs.<br>CASEY R. INGELS,<br>      Defendant. | Case No. 14-10421-MLB<br><br><br><br><br>Adversary No. 14-01387-MLB<br><br><br>DECLARATION OF JAMIE MCFARLANE IN SUPPORT OF DEFENDANT'S REPLY |

  Jamie McFarlane states as follows:

  1. I am over the age of 18 and I am a citizen of the United States. I am knowledgeable regarding the facts in this Declaration and am competent to testify to the same.

  2. I provided the Plaintiff with a copy of the promissory note on December 12, 2014.

DECLARATION OF JAMIE McFARLANE IN SUPPORT OF DEFENDANT'S REPLY - 1

THE **TRACY LAW GROUP**<sub>PLLC</sub>
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

3. Throughout this adversary case I have offered on more than ten occasions to provide the Plaintiff with any documentation or information he needs to satisfy his inquiry.

4. The Plaintiff never submitted written discovery requests to the Defendant. Despite the deadline to serve written discovery on the Defendant passing, the Defendant still offered to provide any information the Plaintiff needed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of March 2015.

                                                                                */s/ Jamie McFarlane*
                                                                               Jamie McFarlane

DECLARATION OF JAMIE McFARLANE IN SUPPORT OF DEFENDANT'S REPLY - 1

**THE TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 27    Filed 03/13/15    Ent. 03/13/15 18:15:33    Pg. 2 of 2