Hon. Marc Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>CASEY INGELS,<br><br>Debtors. | NO. 14-10421MLB<br><br>ADV. NO. 14-01387MLB |
| JOHN S. PETERSON, the Chapter 7 Trustee for the Estate of CASEY INGELS<br><br>Plaintiff,<br><br>v.<br><br>CASEY INGELS,<br><br>Defendants. | DECLARATION OF JOHN S. PETERSON IN RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE |

JOHN S. PETERSON, declares as follows:

I make this declaration in response to the defendant/debtor's reply to my response to the motion for summary judgment.

Mr. McFarlane is correct. I was provided a copy of the promissory note on the Dekoven property in initial disclosures provided by Mr. McFarlane on December 12, 2014 related to this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2015.

                              /s/ JOHN S. PETERSON
                              John S. Peterson

DECLARATON - Page 1 of 1

**JOHN S. PETERSON**
ATTORNEY AT LAW
PO BOX 829
KINGSTON, WA 98346
(360)626-4392
kingstontrustee@hotmail.com