JOHN S. PETERSON  Honorable Marc L. Barreca
WSBA #13985  Chapter 7
PO Box 829
Kingston, WA 98346
Ph (360) 626-4392

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>CASEY R. INGELS,<br>　　　　　　　　　　　　　Debtor.<br>_____<br>JOHN S. PETERSON, in his capacity as Chapter 7 trustee,<br>　　　　　　　　　　　　　Plaintiff,<br>v.<br>CASEY R. INGELS,<br>　　　　　　　　　　　　　Defendant. | NO. 14-10421-MLB<br><br><br>ADVERSARY<br>CAUSE NO. 14-01387-MLB<br><br>NOTICE OF INTENT TO<br>OFFER BUSINESS RECORDS |

　　　　NOTICE IS HEREBY PROVIDED that the Plaintiff, John S. Peterson, as Trustee, intends to offer the following business record into evidence:

Audio recording of 341 Meeting of Casey Ingels dated March 11, 2014, maintained by Office of the US Trustee, Seattle.

The recording and certification in compliance with FRE 803(6) are available from the

Office of the US Trustee, 700 Stewart St., Suite 5103, Seattle, WA 98103. The recording

is also available upon request from the Plaintiff at the address provided below.

DATED March 20, 2015

　　　　　　　　　　　　　　　　　　/s/ JOHN S. PETERSON
　　　　　　　　　　　　　　　　　　John S. Peterson, WSBA #13985
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF INTENT TO OFFER BUSINESS RECORD -1　　　JOHN S. PETERSON, ATTORNEY AT LAW
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 829, KINGSTON, WA 98346
　　　　　　　　　　　　　　　　　　　　　　　　　PHONE: (360) 626-4392　kingstontrustee@hotmail.com

Case 14-01387-CMA　Doc 29　Filed 03/20/15　Ent. 03/20/15 20:13:35　Pg. 1 of 1