Hon. Marc Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | NO. 14-10421MLB |
| CASEY INGELS, | ADV. NO. 14-01387MLB |
| Debtors. | |
| JOHN S. PETERSON, the Chapter 7 Trustee for the Estate of CASEY INGELS | PLAINTIFF'S PRETRIAL STATEMENT |
| Plaintiff, | |
| v. | |
| CASEY INGELS, | |
| Defendants. | |

Plaintiff, JOHN S. PETERSON as Trustee, presents his Pretrial Statement pursuant to Local Rule 7016-1(b) and this Court's February 23, 2015 Amended Notice of Trial and Order Setting Deadlines and states as follows:

### I. Jurisdiction

A. The Court has jurisdiction over this matter pursuant to 28 USC 157 and 1334.

B. Venue is propert pursuant to 18 USC 1409.

C. This is a core proceeding pursuant to 28 USC 157(b)(2).

### II. Claim for Relief.

Plaintiff's Prehearing Statement - Page 1 of 3

JOHN S. PETERSON
ATTORNEY AT LAW
PO BOX 829
KINGSTON, WA 98346
(360)626-4392
kingstontrustee@hotmail.com

Plaintiff requests denial of the debtor's discharge pursuant to 11 USC 727(a)(4) and alleges the debtor made a false statement regarding a material fact and that the false statement was made knowingly and fraudulently.

### III. Admitted Facts.

Plaintiff admits the following facts:

1. The Defendant filed a Chapter 7 bankruptcy petition on January 23, 2015.
2. The Defendant amended his bankruptcy schedules and related documents on January 24, 2014, April 18, 2014 and November 17, 2014. In the November 17, 2014 amendment, the Defendant disclosed the existence of the MJ Ray Ingels Irrevocable Trust and indicated it was not property of the bankruptcy estate.
3. The Defendant appeared at a 341 meeting on March 11, 2014, and provided testimony under oath at that hearing.

### IV. Issues of Law.

Did the Defendant knowingly and fraudulently provide false statements under oath at the 341 meeting held on March 11, 2014, regarding the funding of the MJ Ray Ingels Family Irrevocable Trust, property at 9830 Dekoven, Lakewood, Washington, transfers of the property to and from the trust and to MJB Consulting LLC and/or his knowledge of MJB Consulting, LLC?

### V. Witnesses.

John Peterson-PO Box 829, Kingston, WA 98346-360-626-4392-will testify to administration of the bankruptcy case and 341 meeting of March 11, 2014.

Casey Ingels-PO Box 2242, Tacoma, WA 98401-will testify regarding statements made at 341 meeting which occurred March 11, 2014.

Plaintiff's Prehearing Statement - Page 2 of 3

JOHN S. PETERSON
ATTORNEY AT LAW
PO BOX 829
KINGSTON, WA 98346
(360)626-4392
kingstontrustee@hotmail.com

## VI. Exhibits.

Plaintiff intends to seek the admission of the following Exhibits:

P-1  Copies of Bankruptcy Petition, SOFA, Schedules and Amendments-Expect to Offer

P-2  Copies of MJ Ingels Irrevocable Trust-Expect to Offer

P-3  Copy of Deed of Trust related to Dekoven Property signed b Patricia Yu-Expect to Offer

P-4  Copy of Decree of Dissolution-Lincoln County No. 09-00283-0  Expect to Offer

P-5  Copy of Special Warranty Deed conveying Dekoven Property to Yu, Trustee  Expect to Offer

P-6  Copy of Casey Ingels Deposition, Taken February 13, 2015, Offer if need arises

P-7  Audio Recording of Bremerton 341 Meeting, March 11, 2014.  Expect to Offer

P-8  Note signed by Casey Ingels dated December 2, 2009 in favor of Paulson Trust, Expect to Offer.

P-9  Declaration of Partrica Yu in Support of Defendant's Motion for Summary Judgment, Expect to Offer

P-10  Declaraton of Gwen Ingels in Support of Defendant's Motion for Summary Judgment, Offer if need arises

P-11  Declaration of Casey Ingels in Support of Defendant's Motion for Summary Judgment, Offer if need arises.

P-12  Declaration of Katherine Hanson in Support of Defendant's Motion for Summary Judgment, Offer if need arises.

P-13  Federal Tax Returns of Casey Ingels for 2012 and 2013, Offer if need arises.

Dated May 19, 2015

/s/ JOHN S. PETERSON
John S. Peterson

Plaintiff's Prehearing Statement - Page 3 of 3

JOHN S. PETERSON
ATTORNEY AT LAW
PO BOX 829
KINGSTON, WA 98346
(360)626-4392
kingstontrustee@hotmail.com