UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br><br>Debtor. | Case No. 14-10421-MLB |
| JOHN S. PETERSON, as Bankruptcy Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY R. INGELS,<br><br>Defendant. | Adversary No. 14-01387-MLB<br><br>*EX PARTE* MOTION FOR ORDER SHORTENING TIME ON DEFENDANT'S MOTION IN LIMINE |

Casey R. Ingels ("Debtor" and/or "Defendant"), by and through counsel, J. Todd Tracy, Jamie McFarlane, and The Tracy Law Group PLLC, moves this court for an Order Shortening Time For Hearing on Defendant's Motion in Limine (the "Motion"). The Motion is based on the following grounds:

1. The present adversary is set for trial on June 8, 2015.

2. Pursuant to this court's February 23, 2015 Scheduling Order, trial briefs and motions in limine must be filed on or before June 1, 2015.

*EX PARTE* MOTION FOR ORDER SHORTENING
TIME ON DEFENDANT'S MOTION IN LIMINE - 1

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 34    Filed 06/01/15    Ent. 06/01/15 16:14:05    Pg. 1 of 2

3. Plaintiff is the bankruptcy trustee in Debtor's main bankruptcy case.

4. On May 19th, 2015, the Plaintiff filed a Prehearing Statement. In his Prehearing Statement, Plaintiff lists himself as a witness who will testify at the June 8th trial despite the fact that he is also the attorney for the Plaintiff.

5. Local Rule 9013(d)(2)(E) provides that emergency motions shall be scheduled for hearing with such notice as the Court shall prescribe.

6. Pursuant to Local Rule 9013(d)(3), orders to shorten time shall be the exceptions to the rule, and will be granted only upon a showing of exigent or exceptional circumstances and may be granted ex parte at the Court's discretion.

7. Here, exigency exists to warrant shortening time on Defendant's Motion in Limine as trial is just over a week away and the court's determination of Defendant's Motoin will greatly affect the trial and the evidence that may be proferred.

8. According to the foregoing, Mr. Ingels respectfully requests that Defendant's Motion in Limine be heard at the Court's earliest convenience during the week of June 1, 2015, and as the parties' schedules permit. Mr. Ingels has no objection to permitting Mr. Peterson to appear telephonically at any hearing.

DATED this 1st day of June 2015.

THE TRACY LAW GROUP PLLC

By  /s/ Jamie McFarlane
J. Todd Tracy, WSBA #17342
Jamie McFarlane, WSBA #41320
Attorneys for Debtor/Defendant

EX PARTE MOTION FOR ORDER SHORTENING
TIME ON DEFENDANT'S MOTION IN LIMINE - 2

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 34    Filed 06/01/15    Ent. 06/01/15 16:14:05    Pg. 2 of 2