UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br>      Debtor. | Case No. 14-10421-MLB |
| JOHN S. PETERSON, as Bankruptcy Trustee,<br>      Plaintiff,<br><br>vs.<br><br>CASEY R. INGELS,<br>      Defendant. | Adversary No. 14-01387-MLB<br><br>*EX PARTE* ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION IN LIMINE |

  THIS MATTER having come before this Court on Defendant's Motion to Shorten Time on Hearing on Defendant's Motion in Limine (the "Motion"), the Court having reviewed the Motion to Shorten Time and finding that good cause exists to shorten time, now, therefore, it is hereby

*EX PARTE* ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION IN LIMINE - 1

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA Doc 35 Filed 06/01/15 Ent. 06/01/15 18:12:53 Pg. 1 of 2

ORDERED that the hearing on Debtor's Motion in Limine shall be held on June _____, 2015, at _____ a.m./p.m. and responses to the Motion will be due at the date/time of hearing.

/// END OF ORDER ///

Presented by:

THE TRACY LAW GROUP PLLC

By____/s/ Jamie McFarlane_____
J. Todd Tracy, WSBA #17342
Jamie McFarlane, WSBA #41320
Attorneys for Debtor/Defendant

EX PARTE ORDER SHORTENING TIME FOR
HEARING ON DEFENDANT'S MOTION IN
LIMINE - 2

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 35    Filed 06/01/15    Ent. 06/01/15 18:12:53    Pg. 2 of 2