**Below is the Order of the Court.**



Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re | Case No. 14-10421-MLB |
| CASEY R. INGELS, | |
| Debtor. | |
| JOHN S. PETERSON, as Bankruptcy Trustee, | Adversary No. 14-01387-MLB |
| Plaintiff, | |
| vs. | *EX PARTE* ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION IN LIMINE |
| CASEY R. INGELS, | |
| Defendant. | |

THIS MATTER having come before this Court on Defendant's Motion to Shorten Time on Hearing on Defendant's Motion in Limine (the "Motion") , the Court having reviewed the Motion to Shorten Time and finding that good cause exists to shorten time, now, therefore, it is hereby

*EX PARTE* ORDER SHORTENING TIME FOR
HEARING ON DEFENDANT'S MOTION IN
LIMINE - 1

**THE TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

ORDERED that the hearing on Debtor's Motion in Limine shall be held on June __5__, 2015, at __1:30__ ~~a.m./~~p.m. and responses to the Motion will be due ~~at the date/time~~ by 11:59 p.m. on June 4, 2015. Telephonic appearances are pre-approved.

/// END OF ORDER ///

Presented by:

THE TRACY LAW GROUP PLLC

By_____/s/ Jamie McFarlane_____
J. Todd Tracy, WSBA #17342
Jamie McFarlane, WSBA #41320
Attorneys for Debtor/Defendant

EX PARTE ORDER SHORTENING TIME FOR
HEARING ON DEFENDANT'S MOTION IN
LIMINE - 2

THE TRACY LAW GROUP PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 41    Filed 06/04/15    Ent. 06/04/15 11:27:38    Pg. 2 of 2