Entered on Docket November 12, 2015



**Below is the Judgment of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>CASEY R. INGELS,<br><br>    Debtor. | Case No. 14-10421-MLB |
| JOHN S. PETERSON, as Bankruptcy Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>CASEY R. INGELS,<br><br>    Defendant. | Adversary No. 14-01387-MLB<br><br>JUDGMENT FROM TRIAL |

  A trial was held in this adversary proceeding on June 8, 2015. After considering the evidence, arguments, and pleadings, the Court gave an oral ruling on November 5, 2015 which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

JUDGMENT FROM TRIAL - 1

**THE TRACY LAW GROUP**PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

It is hereby ORDERED that:

1. Plaintiff's claims to prohibit the Defendant from receiving a discharge under 11 U.S.C. § 727(a)(4)(A) are denied with prejudice.

2. Casey R. Ingels is entitled to a discharge in his bankruptcy case (Bankruptcy No. 14-10421).

Presented by:

THE TRACY LAW GROUP PLLC

By  /s/ Jamie McFarlane
Jamie McFarlane, WSBA #41320
Attorneys for Defendant

Approved by:

  /s/ John S. Peterson
John S. Peterson, Plaintiff

JUDGMENT FROM TRIAL - 2

THE **TRACY LAW GROUP** PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101
206-624-9894 phone / 206-624-8598 fax

Case 14-01387-CMA    Doc 47    Filed 11/12/15    Ent. 11/12/15 07:07:18    Pg. 2 of 2